**F I L E D**
CLERK, U.S. DISTRICT COURT

3/23/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TV _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 2:23-cr-00137-GW |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Distribution of Child Pornography; 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |
| IAN NATHANIAL JOHNSON, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about December 20, 2021, in Los Angeles County, within the Central District of California, and elsewhere, defendant IAN NATHANIAL JOHNSON knowing distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, namely, the Internet, and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including a cellular

///

telephone, knowing that the files were child pornography.  The files defendant JOHNSON distributed were:

- 1_5046544280257036830.mp4;
- 1_5046544280257036835.mp4; and
- 1_5048796080070722110.mp4.

COUNT TWO

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about December 31, 2021, in Los Angeles County, within the Central District of California, and elsewhere, defendant IAN NATHANIAL JOHNSON knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, namely, the Internet, and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including a cellular telephone, knowing that the files were child pornography.  The files defendant JOHNSON distributed were:

- 1_5077989810300256625.mp4; and
- 1_5077989810300256626.mp4.

COUNT THREE

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about May 11, 2022, in Los Angeles County, within the Central District of California, defendant IAN NATHANIAL JOHNSON knowingly possessed a computer tower, bearing serial number C4160115004014, which used a SanDisk hard drive, bearing serial number 160895440603, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by the Internet, knowing that the images were child pornography.

//

//

//

1      The images defendant JOHNSON possessed included, but were not

2  limited to:

3          • CAF870B7EE429C90D1F488FAB47C0C11; and

4          • C6E7D04DC10E4D26A9B65DFE8103BA99.

5

6                                          A TRUE BILL

7

8                                          /s/
                                    _____
9                                          Foreperson

10  E. MARTIN ESTRADA
    United States Attorney
11
    MACK E. JENKINS
12  Assistant United States Attorney
    Chief, Criminal Division
13

14

15  SCOTT M. GARRINGER
    Assistant United States Attorney
16  Deputy Chief, Criminal Division

17  JOSHUA O. MAUSNER
    Assistant United States Attorney
18  Deputy Chief, General Crimes
    Section
19
    CATHARINE A. RICHMOND
20  Assistant United States Attorney
    Violent & Organized Crime Section
21
    LAURA A. ALEXANDER
22  Assistant United States Attorney
    General Crimes Section
23

24

25

26

27

28